**Ferol Fowler, Petitioner-Appellant, v. Vernòn W. Cook, Conservator of the Estate of Allie Bell Underwood, Incompetent, Respondent-Appellee.**

Gen. No. 10,122. 

Third District.

June 27, 1957.

Released for publication July 13, 1957.

Law-rence E. Lewy, John R. Dean, and Bookwalter, Carter, Gunn and Hickman (Lawrence E. Lewy, of counsel) for appellant; Steely, Norwood and Hegeler, and John A. Lambright for appellee. Opinion by PRESIDING JUSTICE REYNOLDS. Not to be published in full.